UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| JUDITH MORAN, | : | Civil Action No. 06-5620 (JAP) |
| Plaintiff, | : | |
| v. | : | |
| | : | **ORDER** |
| DAVITA, INC., et al., | : | |
| Defendants. | : | |

This matter comes before the Court upon the objection of Plaintiff Judith Moran to the Report and Recommendation of Magistrate Judge Lois Goodman filed on January 15, 2010. For the reasons set forth in the accompanying Opinion,

IT IS on this 4th day of March 2010

ORDERED that, consistent with the Court's Opinion of March 23, 2009, summary judgment is entered in favor of Plaintiff as to her claim for loss of benefits under Count Two of the Complaint,[1] and it is further

ORDERED that the Report and Recommendation of Magistrate Judge Goodman filed January 15, 2010 is hereby ADOPTED as the findings of fact and conclusions of this Court, and it is further

ORDERED that judgment is entered in favor of Plaintiff in the amount of $2,746.69;

---

[1] This amends the Court's March 23, 2009 Order that denied Plaintiff's summary judgment motion in its entirety.

and it is further

      ORDERED that this matter is CLOSED.

                                            /s/ JOEL A. PISANO
                                            United States District Judge